IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. SPYCHALA, ) | No. C 07-03294 JW (PR) |
| ) | |
| Petitioner, ) | ORDER OF TRANSFER |
| ) | |
| vs. ) | |
| ) | (Docket Nos. 2 & 8) |
| VICTOR M. ALMAGER, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, a California prisoner, has filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The underlying conviction and sentenced here were obtained in 1972 in Los Angeles County Superior Court.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); although petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). The venue for Los Angeles County, where petitioner was convicted, is the

Order of Transfer
G:\PRO-SE\SJ.JW\HC.07\Spychala03294_transfer.wpd

United States District Court for the Central District of California.  See 28 U.S.C. § 84(c).

Because venue is preferred in the Central District, this case is TRANSFERRED to the United States District Court for the Central District of California.  See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).  In light of this transfer, this Court will defer to the Central District for a ruling on the application for leave to proceed in forma pauperis.

The Clerk shall transfer this matter forthwith, and terminate docket numbers 2 & 8, and any other pending motions, from this Court's docket.

DATED: October 17, 2007

JAMES WARE
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.JW\HC.07\Spychala03294_transfer.wpd    2